UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MCINTOSH,

      Plaintiff,

v.                                   Case No. 10-14895
                                   Honorable Patrick J. Duggan

CHECK RESOLUTION SERVICE, INC.,

      Defendant.

_____/

## JUDGMENT

On December 9, 2010, Plaintiff Michael McIntosh ("Plaintiff") filed this lawsuit against Defendant Check Resolution Service, Inc. ("Defendant") alleging various violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.* Defendant has failed to appear and defend this action, resulting in the Clerk of the Court entering a default on January 24, 2011. Plaintiff thereafter filed a motion for default judgment, which this Court granted in an Opinion and Order entered on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that **JUDGMENT** is entered in favor of Plaintiff and against Defendant in the amount of $7,593.00.

Dated: April 27, 2011                s/PATRICK J. DUGGAN
                                   UNITED STATES DISTRICT JUDGE

Copies to:
David M. Marco, Esq.

Check Resolution Service, Inc.
1561 Kenmore Avenue
Kenmore, NY 14217

Check Resolution Service, Inc.
1555 Kenmore Avenue
Kenmore, NY   14217